1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | ELSIE ROSALES,                         )  No. C 05 4898 JSW
12 |                                        )
   |                    Plaintiff,          )  Before the Honorable JEFFREY S. WHITE
13 |                                        )
   | vs.                                    )  [PROPOSED] ORDER VACATING
14 |                                        )  AND/OR CONTINUING CASE
   |                                        )  MANAGEMENT CONFERENCE
15 | ELI LILLY AND COMPANY,                 )
   |                                        )  Conference Date:  MARCH 3, 2006
16 |                    Defendant.          )  Conference Time:  1:30 p.m.
   |                                        )  Location:         Courtroom 2, 17TH floor

17     For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
18 hereby continues the March 3, 2006 Case Management Conference ("CMC") to
19 June 2, 2006_____, at 1:30 p.m. In the event the case is not transferred to the Honorable
20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*
21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
23

24     **IT IS SO ORDERED**
25

26     DATED: March 1, 2006
                                                      *Jeffrey S. White*
27                                                    _____
                                                      HONORABLE JEFFREY S. WHITE
28                                                    United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1